

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-28-2009

# In Re: Melvin R. Petersen

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-2999

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"In Re: Melvin R. Petersen " (2009). *2009 Decisions.* Paper 369.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/369

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-2999
_____

In re: MELVIN R. PETERSEN,
                                               Petitioner


_____

On a Petition for Writ of Mandamus from the
District Court of the Virgin Islands
(Related to:  D.V.I. Civ. No. 96-cv-0261)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
August 31, 2009
Before:  SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges
(Opinion filed: October 28, 2009)
_____

OPINION
_____

PER CURIAM.

In July 2009, Melvin R. Petersen filed this pro se mandamus petition

requesting that the District Court act on his "18 U.S.C. § 3582(c)(2) letter motion."

Petersen first inquired by letter of the District Court what steps, if any, it was taking with

respect to his sentence following the 2007 amendment to the Sentencing Guidelines

regarding crack cocaine offenses.  The court responded by letter on March 28, 2008

1

stating that his case was under review and that the court "is actively processing these cases, and you will be updated on your status in the very near future." On January 15, 2009, Petersen filed a "motion to advance cause," in which he requested that the District Court take action.

When Petersen filed this mandamus petition, the District Court had not yet acted on Petersen's request. However, on September 15, 2009, the District Court ordered the appointment of counsel and scheduled a hearing for resentencing pursuant to the amended sentencing guidelines on October 7, 2009. Because Petersen has now received the relief he sought–District Court action on his motion for resentencing–we will deny his mandamus petition as moot.